UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DORIAN WILLIAMS,

        Plaintiff,

vs.                                                   Case No. 14-CV-821

SMART SAND, INC.,

        Defendant.

---

## JOINT NOTICE OF SETTLEMENT

---

PLEASE TAKE NOTICE that the above-captioned case has been resolved, and the parties are in the process of finalizing necessary documents relating thereto. No further hearings or decisions on pending matters will be necessary.

Dated this 17th day of March, 2016.

| For the Plaintiff: | For the Defendant: |
|---|---|
| **BAKKE NORMAN, S.C.** | **JACKSON LEWIS P.C.** |
| **SKINNER AND ASSOCIATES** | |
| | |
| By: /s/ Carol Skinner | By: /s/ Jeffrey Rudd |
| Carol Skinner | Jeffrey Rudd |
| Attorney ID No. 1017307 | Attorneys for Defendant |
| Attorneys for Plaintiff | 150 North Michigan Ave., Suite 500 |
| 212 Commercial Street | Chicago, IL 60601 |
| Hudson, WI 54016 | (312) 787-4949 |
| (715) 386-5800 | |