UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DORIAN WILLIAMS

                Plaintiff,                  ORDER

      v.                               14-cv-821-wmc

SMART SAND, INC.,

                Defendant.

---

The court having been advised by counsel that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 13th day of April, 2016.

                BY THE COURT:

                /s/

                _____
                William M. Conley
                District Judge